# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hillman, Noel L. | District Court - District of New Jersey | 04/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

One John F. Gerry Plaza
Mitchell H. Cohen Courthouse
PO Box 2797
Camden, New Jersey

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Executor | Estate ▬▬▬▬▬▬ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hillman, Noel L. | 04/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/27/2018 - 3/3/2018 | San Diego, California | White Collar Crime Institute | Travel expenses, meals and overnight lodging. |
| 2. | New York Intellectual Property Law Association | 3/23/2018 - 3/24/2018 | New York, New York | Continuing Legal Education Seminar/ Luncheon and NYIPLA Annual Dinner | Travel expenses, meals, and overnight lodging. |
| 3. | Duke University School of Law | 5/19/2018 - 6/17/2018 | Durham, North Carolina | LLM in Judicial Studies program | Travel expenses, meals, overnight lodging, books and tuition. |
| 4. | Aspen Institute | 7/20/2018 - 7/22/2018 | Queenstown, Maryland | Aspen Institute Justice and Society Program for Judges of the Third Circuit courts | Local travel expenses, meals, overnight lodging and books. |

| Name of Person Reporting | Date of Report |
|---|---|
| Hillman, Noel L. | 04/26/2019 |

5. _____  _____  _____  _____  _____

6. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Hillman, Noel L.** | 04/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Federal Student Loan Servicing Center | Student Loans (Parent PLUS Loans) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hillman, Noel L.** | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 401K - TIAA Traditional | A | Interest | J | T | | | | | |
| 2. 401K - CREF Money Market R2 | A | Interest | J | T | | | | | |
| 3. 401K T-C Lifecycle 2020-Prem | B | Dividend | K | T | | | | | |
| 4. UTMA - NJ - USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 5. UTMA - NJ - USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 6. UTMA - NJ - USAA Money Market Fund - | A | Dividend | | | Closed | 01/08/18 | J | | |
| 7. USAA Short-Term Bond Fund | A | Dividend | J | T | Sold<br>(part) | 09/04/18 | J | A | |
| 8. USAA 529 College Savings Plan - Age-Based (no control) | A | Int./Div. | K | T | Sold<br>(part) | 08/27/18 | J | A | |
| 9. | | | | | Sold<br>(part) | 09/04/18 | J | A | |
| 10. IRA Touchstone OM Focused Fund | A | Dividend | K | T | Buy<br>(add'l) | 04/12/18 | J | | |
| 11. IRA Touchstone Active Bond Fund | A | Dividend | | | Closed | 04/12/18 | J | | |
| 12. IRA Touchstone Flexible Income Fund | A | Dividend | J | T | Buy<br>(add'l) | 04/12/18 | J | | |
| 13. Dreyfus General Money Market - Class A | A | Dividend | J | T | | | | | |
| 14. Fidelity 529 Unique NH Portfolio 2012 (no control) | A | Int./Div. | J | T | | | | | |
| 15. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 16. TD Bank | A | Interest | J | T | | | | | |
| 17. Berkshire Hathaway Inc. Del CL B (BRKB) (in IRA) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hillman, Noel L. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | T. Rowe Price Spectrum Income Rollover IRA | B | Dividend | K | T | | | | | |
| 19. | T. Rowe Price Government Money (formerly Prime Reserve) | A | Dividend | K | T | | | | | |
| 20. | Valic Money Market | A | Interest | J | T | | | | | |
| 21. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Neither the filer, his spouse nor his children have any beneficial interest in the estate and none derive any income from the assets of the estate.

Part III - Income exempt from disclosure, Section 102(a)(1)(A) - Federal Salary

Part VII - Items 15 and 20 are not self-directed. The funds are age-based balanced portfolios and I have no control over the assets in the portfolio.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Noel L. Hillman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544